UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER ROBERT JOHNSON,

Petitioner,

v.

JEFFREY A. UTTECHT,

Respondent.

CASE NO. C19-5688 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 7, is **DISMISSED** without prejudice for failure to exhaust state judicial remedies and as premature;

(3) A certificate of appealability is **DENIED**;

(4)      Petitioner's "Motion to Compel Information," Dkt. 9, and "Motion for Petitioner Initiated Summary Judgment," Dkt. 11, are **DENIED** as moot; and

(4)      This Clerk shall close this case.

Dated this 24th day of October, 2019.

BENJAMIN H. SETTLE
United States District Judge